JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIKA LIM,<br>    Plaintiff,<br><br>       v.<br><br>ALLSTATE NORTHBROOK INDEMNITY CO.,<br>    Defendant. | CV 20-10666 DSF (MRWx)<br><br>JUDGMENT |

    The Court having granted Defendant's motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 19, 2021

                                                 Dale S. Fischer
                                                 United States District Judge